```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

WAYNE G. DOBSON,                :
                                    Civil Action No. 11-2924 (JBS)
            Petitioner,         :

        v.                      :           **O R D E R**

KAREN BALICKI,                  :

            Respondent.         :

For the reasons expressed in the Court's Opinion filed herewith,

IT IS ON THIS **19th** day of **September**, 2012;

ORDERED that Respondent's Motion to Seal (docket entry 14), is hereby GRANTED; and it is further

ORDERED that the Adult Presentence Investigation Report, designated as Ra-PSR of Respondent's Appendix to Answer (see docket entry 14), SHALL be filed in hard copy with the Clerk of the Court in an envelope clearly marked "Confidential materials"; and it is further

ORDERED that the foregoing materials be thereafter SEALED by the Clerk of the Court and SHALL NOT be available to the general public or otherwise made open to inspection on CM/ECF, the PACER system or other similar electronic media.

                                    s/ Jerome B. Simandle
                                    JEROME B. SIMANDLE
                                    Chief Judge
                                    United States District Cour